IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
     v.                       )         2:26cr265-MHT
                              )            (WO)
JOHNATHAN LEE MCCLENDON       )
```

ORDER

It is ORDERED that the government's unopposed motion to correct or amend the indictment (Doc. 15) is granted.

The clerk of court is directed to correct the defendant's first name in the caption and body of the indictment (Doc. 1) and on the docket to reflect the proper spelling of the defendant's first name, "Johnathan."

DONE, this the 30th day of July, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE