IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-cr-265-MHT |
| | ) | (WO) |
| JOHNATHAN LEE MCCLENDON | ) | |

**AMENDED PRELIMINARY ORDER OF FORFEITURE**

Pending before the court is the government's motion to amend the preliminary order of forfeiture.

On October 22, 2026, this court entered a preliminary order of forfeiture (Doc. 34) which ordered defendant Johnathan Lee McClendon to forfeit his interest in a Taurus, model G2c, 9mm pistol, bearing serial number 1C130747, and ammunition.

On October 24, 2026, the government provided direct notice of the preliminary order of forfeiture to Maiika Elizabeth Henley. *See* Process Receipt and Return (Doc. 35). On November 16, 2026, Ms. Henley filed a third-party petition and claim of ownership (Doc. 36) requesting that the Taurus, model G2c, 9mm pistol, bearing serial number 1C130747, be returned to her as the sole and lawful owner of the firearm. Ms. Henley provided a copy of her receipt for purchase of the firearm with her petition. Ms. Henley is not prohibited from possessing a firearm. The government acknowledges Ms. Henley's ownership rights and agrees that it is in the interest of justice to return the firearm to her.

Accordingly, it is ORDERED that the government's motion to amend (Doc. 38) is granted as follows:

1. The Taurus, model G2c, 9mm pistol, bearing serial number 1C130747 shall be returned to its lawful owner, Maiika Elizabeth Henley, by the Bureau of Alcohol, Tobacco, Firearms and Explosives, Middle District of Alabama.

2. The court has determined that the following property remains subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c); that the defendant has an interest in such property; and that the United States has established the requisite nexus between such property and the offenses in violation of 18 U.S.C. § 922(g)(1): **ammunition**.

3. The court shall retain jurisdiction to enforce this order and to amend it as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

4. The order referring Ms. Henley's petition to the United States Magistrate Judge (Doc. 37) is vacated.

5. The third-party petition and claim of ownership (Doc. 36) is granted to the extent consistent with this order.

6. The clerk of the court shall note entry of the forfeiture order in writing on the judgment.

DONE, this the 24th day of November, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE